UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

ALTA MEINHARDT and JACK R. OLMSTEAD SR.,

Case No. 8:16-bk-08096-KRM

Chapter 7

Debtors.
_____/

**MOTION BY BANK OF THE WEST
FOR RELIEF FROM THE AUTOMATIC STAY**
(2010 Four Winds Hurricane (VIN 1F6MF53Y690A00955))

> **NOTICE OF OPPORTUNITY TO
> OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service attached to this paper plus an additional three days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, and serve a copy on the movant's attorney, Jennifer L. Morando, The Rosenthal Law Firm, P.A. 976 Lake Baldwin Lane, Suite 103, Orlando, FL 32814 within the time allowed.
>
> If you file and serve a response within the time permitted, the Court may schedule a hearing and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**BANK OF THE WEST,** by and through its undersigned counsel, pursuant to Section 362(d) of the United States Bankruptcy Code and Rules 4001 and 9014, moves for relief from the automatic stay to assert its *in rem* rights in real property, and states:

1. On or about April 12, 2014, Debtors executed a Retail Installment Contract and Security Agreement (the "Note") payable to the order of LazyDays ("Dealer") in the principal amount of $76,081.99, to finance the purchase of a 2010 Four Winds Hurricane (VIN 1F6MF53Y690A00955) (the "Collateral"). A true and authentic copy of the Note is attached to the Declaration of Catherine Worth (the "Declaration") as **Exhibit A** and is incorporated by reference.

2. Dealer assigned the Note to Bank of the West. *See* Exhibit A to the Declaration.

3. Accordingly, Bank of the West is the current owner and holder of the Note.

4. Pursuant to the Note, Debtors granted Bank of the West a security interest in the Collateral.

5. Bank of the West perfected its security interest in the Collateral by having its interest noted on the Certificate of Title for the Collateral. A true and authentic printout from the Florida Department of Motor Vehicles evidencing Bank of the West's lien is attached to the Declaration as **Exhibit B**.

6. Debtors have defaulted under the Note by filing bankruptcy and by failing to pay the payment that was due on August 25, 2016.

7. As of September 20, 2016, Bank of the West was owed $72,146.27 in connection with the Note, consisting of principal in the amount of $71,453.83, plus interest of $666.57 and late fees of $25.87. Interest continues to accrue on the unpaid principal at the rate of $11.6942196.

8. According to Debtors' Schedule A/B, the Collateral is valued at $35,000.

9. Accordingly, there is no equity in the Collateral for the benefit of the estate.

10. Because this is a chapter 7 case, the Collateral is not necessary to a reorganization.

11. According to Debtors' Statement of Intention, Debtors are surrendering the Collateral to Bank of the West.

12. Bank of the West requests an order granting relief from stay to pursue its *in rem* rights in the Collateral.

13. Bank of the West requests that the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) of any order entered on this motion be waived.

**WHEREFORE,** Bank of the West requests that this Court enter an Order granting it relief from the automatic stay to assert its *in rem* rights in the Collateral.

/s/ Jennifer L. Morando
Jennifer L. Morando
Florida Bar No. 0059363
**The Rosenthal Law Firm, P.A.**
976 Lake Baldwin Land, Suite 103
Orlando, Florida 32814
Telephone: 407-488-1220
Facsimile: 407-488-1228
Attorneys for Movant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed by CM/ECF on October 10, 2016, and that an electronic copy will be furnished via ECF to **Debtors' Attorney**, Michael A. Nardella, Nardella & Nardella, PLLC, 260 East Colonial Drive, Suite 102, Orlando, FL 32801, and **Trustee,** Angela Welch, 12157 West Linebaugh Avenue, PMB 401, Tampa, FL 33626; and a copy by U.S. Mail will be furnished to **Debtors**, Alta Meinhardt and Jack R. Olmstead Sr., 1064 Penguin Place, Lakeland, FL 33809.

/s/ Jennifer L. Morando
Jennifer L. Morando